UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHAD FRENZEL,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 2:22-cv-00884-JCM-NJK<br><br>**Order**<br><br>[Docket No. 12] |

    Pending before the Court is the parties' stipulation to stay discovery pending mediation. Docket No. 12.

    For good cause shown, the parties' stipulation is **GRANTED**. Docket No. 12. Discovery in this case is stayed pending resolution of the mediation, which is scheduled for January 20, 2023. The parties are **ORDERED** to file a status report with the Court regarding the mediation no later than January 23, 2023.

    IT IS SO ORDERED.

    Dated: October 11, 2022

                                                                                           _____<br>
                                                                                          Nancy J. Koppe<br>
                                                                                          United States Magistrate Judge