JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
JAMES RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHAD FRENZEL, individually, | Case No. 2:22-cv-00884-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Chad Frenzel by and through his attorneys of record, Paul D. Powell, Esq., Tom W. Stewart, Esq. and Traysen N. Turner, Esq. of The Powell Law Firm and Defendant, James River Insurance Company by and through its attorneys of record, Jared G. Christensen, Esq. and Deleela M. Weinerman, Esq. of Bremer Whyte Brown and O'Meara, LLP, that all

///

///

///

///

1256.817  4872-9063-3033.1

of Plaintiff's claims against James River Insurance Company be dismissed, with prejudice, the parties to each bear their own fees and costs.

DATED this 29th day of March 2023

**THE POWELL LAW FIRM**

  /s/ Traysen N. Turner
Paul D. Powell, Esq.
Nevada State Bar No. 7488
Tom W. Stewart, Esq.
Nevada State Bar No. 14280
Traysen N. Turner, Esq.
Nevada State Bar No. 16017
Ryan T. O'Malley, Esq.
Nevada State Bar No. 12461
*Attorneys for Plaintiff,*
*Chad Frenzel*

DATED this 29th day of March 2023

**BREMER WHYTE BROWN & O'MEARA LLP**

  /s/ Deleela M. Weinerman
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*James River Insurance Company*

### ORDER
### IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

Dated: March 31, 2023

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE)** in 2:22-cv-00884-JCM-NJK was submitted by:

**BREMER WHYTE BROWN & O'MEARA LLP**

*/s/ Deleela M. Weinerman*
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Weinerman
Nevada State Bar No. 13985
*Attorneys for Defendant James River Insurance Company*

2

1256.817  4872-9063-3033.1